Ref: Lingle V. DeRoehi
    3:06-cv-03200-HAB-CHE
    37, Prisoner, Pro Se, Refer

The Honorable Clerk
U.S. District Court
Central District of Illinois
151 U.S. Courthouse
600 East Monroe St.
Springfield, IL. 62701

9/24/06
L. Lingle
DHS/TDF
R.R. #1 / P.O. Box 6A
Horny Branch Rd.
Rushville, IL. 62681-9999

The Honorable Clerk:

On 9/12/06 I filed in the honorable addressed Court a Title 42, Section 1983 complaint. I stated at the time that because the facility was moved recently there was no copy machine available for legal copying. I sent to the Court my only copy of the complaint and document(s) used for evidence. I need a copy of the complaint and I need the original or copy of the evidence documents submitted, for Court hearings in Macoupin County in #04 MR 06. I had a hearing on the 22nd instant. and I lost a motion because my documentation was in your Court. I have another hearing and I really need those documents for Court any you have my only copy. I hate to be a bother but, PLEASE, send me the originals or a copy of the

(OVER)

evidence documents submitted to your honorable Court as referanced as soon as possible.

Respectfully,

*[signature]*