November 10, 2006

REF: Lingle v. DeRochi　　　　　L. Lingle
　　　3:06-CV-3200　　　　　　　　RR#1 - Box 69
　　　Justice Baker, Presiding　　Horny Branch Rd.
　　　　　　　　　　　　　　　　　Rushville, Il. 62681

The Honorable Clerk
Mr. John M. Waters
U.S. District Court
Central District of Illinois
151 U.S. Courthouse
600 East Monroe St.
Springfield, Il. 62701

FILED
NOV 07 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The Honorable Clerk Mr. Waters:

　On September 2, 2006, I filed the above cause under Title 42, Section 1983 in the honorable Addressed Court.

　I stated therein that I was untrained and uneducated in the law, and a poor person, and I do not have access to a law library. I am at the mercy of the Court in my huge ignorance and I haven't been appointed an attorney.

　I was informed that I was to have a phone conference with this Court and Justice Baker on November 3, 2006, and that was later cancelled.

　I was also later informed that "merit" was found and the cause was moved into "case management". I have no idea what that means. Do I have another

hearing date set or what? Is someone supposed to contact me? What is happening? Could you please explain this to me?

Can you tell me also what the "status" of the cause is?

On or about September 26, 2006, I wrote and I also asked the Court Clerk for a copy of my filing in this cause and with a copy of the exhibits and evidence submitted because I never received one filed. I had to send this Court my only copy because there was no way for me to obtain copies at that time. I need these copies of documents submitted to this addressed Court in the §1983 complaint for a Court hearing in Macoupin County on 12/14/06. Can I please have a copy of the filed complaint and exhibits as soon as possible?

Thank you very much! Sorry to have to bother you again, as I know you are very busy.

Respectfully,

Lawrence Bingle