AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**LARWENCE LINGLE,**
        **Plaintiff,**

      vs.                                      Case Number:    **06-3200**

**BARBARA L. DEROCHI,**
        **Defendant.**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** pursuant to the Order entered by Judge Harold A. Baker.  The Plaintiff's Petition for Leave to Proceed In Forma Pauperis is denied. The complaint is dismissed, without prejudice, for failure to pay the filing fee and this case is closed. --------------------------------------------------

                                      ENTER this 17th day of November 2006

                                              s/ John M. Waters
                                       JOHN M. WATERS, CLERK

                                                 s/ M. Eddings
                                       _____
                                        BY:  DEPUTY CLERK